UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:17-cv-167-J-20PDB

ARLENE SCHRETZMANN LAVIGNE,
as guardian of KURT SCHRETZMANN,
and a/a/o LUCINDA ROSANA POPE,

       Plaintiff,

v.

SAFECO INSURANCE COMPANY OF ILLINOIS,

       Defendant.
_____/

## NOTICE OF SETTLEMENT

COME NOW the Plaintiff, ARLENE SCHRETZMANN LAVIGNE, as guardian of KURT SCHRETZMANN, and a/a/o LUCINDA ROSANA POPE, and the Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS, by and through their respective undersigned counsel, and give the Court notice that the parties have settled all issues between them, pending approval by the Court presiding over the guardianship of KURT SCHRETZMANN. The parties will execute all agreed-upon settlement documentation and will seek such Court approval, after which they will file such final documents with this Court as are necessary to fully conclude this action, including a joint stipulation for final dismissal with prejudice. Accordingly, the parties respectfully request that this matter be removed from the February 11, 2019 trial docket, and that the matter be kept open for 60 days for final disposition.

2

Respectfully submitted, this **_8th_** day of February, 2019.

| | |
|---|---|
| _/s/ Ernest J. Myers_ | _/s/ Antonio Morin_ |
| **ERNEST J. MYERS, ESQUIRE** | **ANTONIO MORIN, ESQUIRE** |
| Florida Bar No.: 947350 | Florida Bar No. 187860 |
| Email:  emyers@marcusmyerslaw.com | Email: antonio.morin@akerman.com |
| **LEE W. MARCUS, ESQUIRE** | **GARY J. GUZZI, ESQUIRE** |
| Florida Bar No.: 967076 | Florida Bar No. 159440 |
| Email:  lmarcus@marcusmyerslaw.com | Email: gary.guzzi@akerman.com |
| MARCUS & MYERS, P.A. | AKERMAN LLP |
| 1515 Park Center Drive, Suite 2G | 98 Southeast Seventh Street, Suite 1100 |
| Orlando, Florida 32835 | Miami, FL 33131 |
| Tel:    407-447-2550 | Tel: (305) 374-5600 |
| Fax:    407-447-2551 | Fax: (305) 374-5095 |

AND

Robert E. Bonner, Esq.
Meier, Bonner, Muszynski, O'Dell
260 Wekiva Springs Road, Suite 2000
Longwood, FL 32779
REB@fltrialteam.com

| | |
|---|---|
| Counsel for Plaintiff, | Counsel for Defendant, |
| ARLENE SCHRETZMANN LAVIGNE | SAFECO INSURANCE COMPANY |
| | |
| Dated: February 8, 2019 | Dated: February 8, 2019 |

2