UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ARLENE SCHRETZMANN LAVIGNE,
as guardian of KURT SCHRETZMANN,
and a/a/o LUCINDA ROSANA POPE,
    Plaintiff,

v.                                  Case No.: 3:17-cv-167-J-20PDB

SAFECO INSURANCE COMPANY
OF ILLINOIS,
    Defendant.
_____/

## ORDER

This cause is before this Court on the parties' "Joint Stipulation for Dismissal with Prejudice" (Dkt. 92).

Accordingly, it is so **ORDERED**:

1. The parties' "Joint Stipulation for Dismissal with Prejudice" (Dkt. 92) is **GRANTED** and this case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees and costs; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Ernest J. Myers, Esq.
Lee W. Marcus, Esq.
Robert E. Bonner, Esq.
Antonio Morin, Esq.
Gary J. Guzzi, Esq.

1